Submitted on remand from the Oregon Supreme Court September 16, $3000 attorney fee awarded December 21, 1981

In the Matter of the Compensation of
James Ohlig, Claimant.

OHLIG,
*Petitioner - Cross-Respondent,*

*v.*

FMC MARINE & RAIL EQUIPMENT
DIVISION,
*Respondent - Cross-Petitioner.*

(WCB Case No. 77-1741,
CA 15985, SC 27224)

637 P2d 642

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Argued and submitted April 21, 1980.

Burton J. Fallgren, Portland, argued the cause and filed the briefs for petitioner - cross-respondent.

Katherine H. O'Neil, Portland, argued the cause for respondent - cross-petitioner. With her on the briefs were Delbert J. Brenneman and Schwabe, Williamson, Wyatt, Moore & Roberts, Portland.

Before Thornton, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

▆▆▆▆▆▆▆▆▆▆▆▆▆

**PER CURIAM.**

This matter was remanded to this court for allowance of a reasonable attorney fee to be paid by claimant's employer. *Ohlig v. FMC Marine & Rail Equipment,* 291 Or 586, 633 P2d 1279 (1981). We find $3000 to be a reasonable sum to be allowed as a fee to claimant's attorney, to be paid by claimant's employer pursuant to ORS 656.386(1).